1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION TRUST FUND<br><br>and<br><br>BOARD OF TRUSTEES, RESILIENT FLOOR COVERING PENSION TRUST FUND<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>HERITAGE FLOORS, INC., a Washington Corporation<br><br>and<br><br>CREATIVE TILE AND FLOORING, INC. a Washington corporation,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>HARBORSTONE CREDIT UNION,<br><br>Garnishee. | Case No. MC14-5018 BHS<br><br>**ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT**<br><br>**(Debts Other Than Earnings)** |

IT IS ORDERED: The Plaintiffs/Judgment Creditors' Application for a Writ of Garnishment directed to HARBORSTONE CREDIT UNION as garnishee defendant is:

Order to Issue & Return Writ of Garnishment
(Case No.            )

CHRISTENSEN JAMES & MARTIN
and
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
gia@cjmlv.com
*Counsel for Plaintiffs*

1

[X] GRANTED. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney for Plaintiffs/Judgment Creditors, Gia McGillivray, at her Las Vegas office, Christensen James & Martin, 7440 West Sahara Avenue, Las Vegas, NV 89117.

[ ] DENIED for the following reasons:

Dated: 8/25/14

_____
U.S. DISTRICT COURT / MAGISTRATE JUDGE

Order to Issue & Return Writ of Garnishment
(Case No.            )

CHRISTENSEN JAMES & MARTIN
and
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
gia@cjmlv.com
Counsel for Plaintiffs

2