# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION TRUST FUND<br><br>and<br><br>BOARD OF TRUSTEES, RESILIENT FLOOR COVERING PENSION TRUST FUND<br><br>    Plaintiffs / Judgment Creditors,<br><br>v.<br><br>HERITAGE FLOORS, INC., a Washington Corporation<br><br>and<br><br>CREATIVE TILE AND FLOORING, INC. a Washington corporation,<br><br>    Defendants / Judgment Debtors,<br><br>and<br><br>HARBORSTONE CREDIT UNION,<br><br>    Garnishee. | Case No. MC14-5018-BHS<br><br>**JUDGMENT ON ANSWER OF GARNISHEE HARBORSTONE CREDIT UNION AND ORDER TO PAY**<br><br>**(Debts Other Than Earnings)** |

IT APPEARING THAT Garnishee Harborstone Credit Union ("Harborstone") was indebted to Defendant Heritage Floors, Inc. in the nonexempt amount of $37,065.35; that at the time the writ of

JUDGMENT ON ANSWER OF GARNISHEE
HARBORSTONE CREDIT UNION AND ORDER TO PAY
(Case No. MC14-5018-BHS)
Page 1

CHRISTENSEN JAMES & MARTIN
and
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
gia@cjmlv.com
*Counsel for Plaintiffs*

1  garnishment was issued Defendant Heritage Floors, Inc. maintained a financial institution account with
2  Harborstone, and that Plaintiffs/Judgment Creditors Resilient Floor Covering Pension Trust Fund and
3  Board of Trustees, Resilient Floor Covering Pension Trust Fund ("Plaintiffs/Judgment Creditors") have
4  incurred recoverable costs and attorney fees of $398.00; now, therefore, it is hereby

5  ORDERED, ADJUDGED, AND DECREED that Plaintiffs/Judgment Creditors are awarded
6  judgment against Harborstone in the amount of $37,065.35; that Plaintiffs/Judgment Creditors are
7  awarded judgment against Defendant Heritage Floors Inc. in the amount of $398.00 for recoverable
8  costs; that, Harborstone shall pay its judgment amount to Plaintiffs/Judgment Creditors through the
9  registry of the court, and the Clerk of the court shall note receipt thereof and forthwith disburse such
10 payment to Plaintiffs/Judgment Creditors' attorney, Gia McGillivray, at her Las Vegas office,
11 Christensen James & Martin, 7440 West Sahara Avenue, Las Vegas, NV 89117.  Garnishee is advised
12 that the failure to pay its judgment amount may result in execution of the judgment, including
13 garnishment.

15 Dated: __10/7/14__      _____
                             U.S. DISTRICT COURT / MAGISTRATE JUDGE

17 Presented by:

18 CHRISTENSEN JAMES & MARTIN

20 By: /s/ Gia McGillivray
21 Gia McGillivray, Esq.
   WSBA #47645
22 800 Bellevue Way NE, Suite 400
   Bellevue, WA 98004
23 P. (425) 462-4045/(702) 255-1718
   F. (425) 462-5638/(702) 255-0871
24 gia@cjmlv.com

26 JUDGMENT ON ANSWER OF GARNISHEE
27 HARBORSTONE CREDIT UNION AND ORDER TO PAY
   (Case No. MC14-5018-BHS)
28 Page 2

CHRISTENSEN JAMES & MARTIN
and
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
gia@cjmlv.com
Counsel for Plaintiffs